UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TRAVIS J. MALONE,
                  Plaintiff,

-v-

MARTIN O'MALLEY,
                  Defendant.

24-CV-7341 (JPO)

ORDER ADOPTING REPORT AND
RECOMMENDATION

J. PAUL OETKEN, District Judge:

        On September 27, 2024, Travis J. Malone filed a complaint pursuant to 42 U.S.C. § 405(g) seeking judicial review of the Social Security Commissioner's denial of his claim for Supplemental Security Income. (ECF No. 1.) On October 1, 2024, this Court referred the case to Magistrate Judge Henry J. Ricardo for a report and recommendation on any forthcoming motion for judgment on the pleadings. (ECF No. 8.) On February 28, 2025, Malone moved for judgment on the pleadings. (ECF No. 13.)

        Judge Ricardo issued a careful and comprehensive Report and Recommendation ("Report") in the matter suggesting that this Court grant Malone's motion and remand the case to the Social Security Commissioner for further proceedings. (ECF 19.) The Court has reviewed the Report.

        No party filed a timely objection to the Report. Accordingly, the Court reviews it for clear error. *See* Fed. R. Civ. P. 72(b), Advisory Committee's Notes (1983) ("When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation."); *see also Borcsok v. Early*, 299 F. App'x 76, 77 (2d Cir. 2008). Judge Ricardo's well-reasoned Report presents no such errors and is therefore fully adopted by this Court.

Accordingly, pursuant to sentence four of 42 U.S.C. § 405(g), Plaintiff's motion for judgment on the pleadings is hereby **GRANTED**, and this case is **REMANDED** to the Commissioner for further proceedings.

The Clerk of Court is directed to close this case.

SO ORDERED.

Dated: August 26, 2025
       New York, New York

_____
J. PAUL OETKEN
United States District Judge