**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
 TRAVIS J. MALONE,

                            Plaintiff,                24 **CIVIL** 7341 (JPO)

      -v-                                               **JUDGMENT**

MARTIN O'MALLEY,
                            Defendant.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 26, 2025, pursuant to sentence four of 42 U.S.C. § 405(g), Plaintiff's motion for judgment on the pleadings is hereby GRANTED, and this case is REMANDED to the Commissioner for further proceedings.

**Dated:**  New York, New York

      August 27, 2025

                                                     **TAMMI M. HELLWIG**
                                                       **Clerk of Court**

                                       **BY:**

                                                       **Deputy Clerk**