UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
TRAVIS J. MALONE,

                        Plaintiff,

                                             1:24-cv-07341-JPO-HJR

      v.

COMMISSIONER OF SOCIAL SECURITY,

                        Defendant
-------------------------------------------------------------X

## **<u>STIPULATION FOR ALLOWANCE OF FEES UNDER THE<br>EQUAL ACCESS TO JUSTICE ACT</u>**

    **IT IS HEREBY STIPULATED** by and between Jonathan M. King, Special Assistant United States Attorney, for Jay Clayton, the United States Attorney for the Southern District of New York, attorneys for the Defendant, and Eddy Pierre Pierre, Esq., attorney for the Plaintiff, that the Defendant agrees to pay to the Plaintiff attorney fees in the amount of **$8,300.00,** pursuant to the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, in full satisfaction of any and all claims under the EAJA. *See* ECF No. 22 (Motion for Attorney Fees Pursuant to EAJA). The attorney fees may be paid to Plaintiff's counsel if Plaintiff agrees to assign the fees to counsel, and provided that Plaintiff owes no debt to the Federal Government that is subject to offset under the U.S. Treasury Offset Program.

 DATED: December 3, 2025

| | |
|---|---|
| JAY CLAYTON | PIERRE PIERRE LAW, P.C. |
| United States Attorney | *Attorneys for Plaintiff* |
| Southern District of New York | |
| *Attorney for Defendant* | |
| | |
| By:  /s/ Jonathan M. King_____ | By:  /s/ Eddy Pierre Pierre\_\_\_ |
|     Jonathan M. King |     Eddy Pierre Pierre, Esq. |
|     Special Assistant United States Attorney |     15 Park Place |
|     Program Litigation 2 |     2nd Floor, Suite 4 |
|     Social Security Administration |     Bronxville, NY 10708 |

Law & Policy
Attn: Program Litigation 2
6401 Security Boulevard
Baltimore, MD 21235
Tel.: (212) 264-2004
Email: jonathan.m.king@ssa.gov

Tel.: (646) 992-8383
Fax: (718) 504-6962
fedcourt@pierrepierrelaw.com

**SO ORDERED:**

_____
J. PAUL OETKEN
United States District Judge

December 5, 2025

The motion at ECF No. 22 is denied as moot.
The Clerk of Court is directed to close the motion
at ECF No. 22.